# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In re: § Case No. 13-32735-DOF
§
THOMAS P D'ANGELO §
§
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/08/2013. The undersigned trustee was appointed on 08/08/2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $15,500.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $5,338.90 |
   | Bank service fees | $246.28 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $9,914.82 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 04/17/2014 and the deadline for filing government claims was 04/17/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,300.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,300.00, for a total compensation of $2,300.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $36.49, for total expenses of $36.49.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/23/2015   By:   /s/ Collene K. Corcoran
                          Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 13-32735-DSO | | Trustee Name: | Collene K. Corcoran |
|---|---|---|---|---|
| Case Name: | D'ANGELO, THOMAS P | | Date Filed (f) or Converted (c): | 08/08/2013 (f) |
| For the Period Ending: | 6/23/2015 | | §341(a) Meeting Date: | 09/03/2013 |
| | | | Claims Bar Date: | 04/17/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Single Family Residence 9488 Leo Drive Brighton, Michigan 48116 | $115,000.00 | $0.00 | | $0.00 | FA |
| 2  Cash | $50.00 | $0.00 | | $0.00 | FA |
| 3  Checking Account Chase Bank xxxxxxxx9182 | $177.55 | $0.00 | | $0.00 | FA |
| 4  Checking Account 1st National Bank xxx5925 Howell Cab LLC | $591.40 | $0.00 | | $0.00 | FA |
| 5  Money Market Savings Account Chase Bank xxxxxxxx7154 | $6.55 | $0.00 | | $0.00 | FA |
| 6  Household Furniture, Rixtures, Appliances, Etc. Location: 9488 Leo, Brighton MI 48116 | $2,500.00 | $0.00 | | $0.00 | FA |
| 7  Personal Clothing Location: 9488 Leo, Brighton MI 48116 | $500.00 | $0.00 | | $0.00 | FA |
| 8  Watch Location: 9488 Leo, Brighton MI 48116 | $100.00 | $0.00 | | $0.00 | FA |
| 9  SEARS - TED WILLIAMS MOD 3T 22 CAL RIFLE $100 POLISH TOKAREN TT33 PISTOL 7.62 XC5 CAL $200 | $300.00 | $0.00 | | $0.00 | FA |
| 10  Farmers Group $150,000 Term Insurance | $0.00 | $0.00 | | $0.00 | FA |
| 11  D'Angelo Enterprises II LLC Michigan Limited Liability Company Debtor is 100% Owner Marco's (Howell) | $0.00 | $5,500.00 | | $5,500.00 | FA |
| 12  Hummel & D'Angelo Highland LLC Michiagn Limited Liability Company Debtor is 50% Owner Marco's (Highland) | $0.00 | $10,000.00 | | $10,000.00 | FA |
| 13  Howell Cab LLC Sole Proprietorship | $0.00 | $0.00 | | $0.00 | FA |
| 14  D'Angelo & Hummel LLC Michigan Limited Liability Company Debtor is 50% Owner Marco's (Novi) / No Longer In Business (2012) | $0.00 | $0.00 | | $0.00 | FA |
| 15  1998 Harley Davidson Motor Cycle Fatboy Location: 9488 Leo, Brighton MI 48116 | $6,500.00 | $0.00 | | $0.00 | FA |
| 16  2004 Jeep Grand Cherokee Location: 9488 Leo, Brighton MI 48116 | $2,500.00 | $0.00 | | $0.00 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 13-32735-DSO | | Trustee Name: | Collene K. Corcoran |
|---|---|---|---|---|
| Case Name: | D'ANGELO, THOMAS P | | Date Filed (f) or Converted (c): | 08/08/2013 (f) |
| For the Period Ending: | 6/23/2015 | | §341(a) Meeting Date: | 09/03/2013 |
| | | | Claims Bar Date: | 04/17/2014 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 17 | 2006 Dodge Caravan Location: 9488 Leo, Brighton MI 48116 | $2,000.00 | $0.00 | | $0.00 | FA |
| 18 | 1999 GMC Pickup Location: 9488 Leo, Brighton MI 48116 DOES NOT RUN | $500.00 | $0.00 | | $0.00 | FA |
| 19 | 1996 Chevrolet Pickup Location: 9488 Leo, Brighton MI 48116 DOES NOT RUN | $500.00 | $0.00 | | $0.00 | FA |
| 20 | 2 Pet Dogs | $0.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                          **Gross Value of Remaining Assets**

                                $131,225.50            $15,500.00                              $15,500.00        $0.00

**Major Activities affecting case closing:**
06/23/2015    FINAL REPORT/TRUSTEE FEE APP FILED;

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 01/01/2016 | /s/ COLLENE K. CORCORAN | |
| **Current Projected Date Of Final Report (TFR):** | 06/23/2015 | COLLENE K. CORCORAN | |

| | | | | | Page No: 1 |
|---|---|---|---|---|---|
| | | **FORM 2** | | | Exhibit B |
| | | **CASH RECEIPTS AND DISBURSEMENTS RECORD** | | | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1  
Exhibit B

| Case No. | 13-32735-DSO | Trustee Name: | Collene K. Corcoran |
|---|---|---|---|
| Case Name: | D'ANGELO, THOMAS P | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***3325 | Checking Acct #: | ******1160 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 8/8/2013 | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 6/23/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/07/2014 | (12) | Tabaka & Chiesa PC | PER NOTICE OF INTENT TO SELL 1/17/14 AND CNR 2/11/14 | 1129-000 | $5,000.00 | | $5,000.00 |
| 03/07/2014 | (12) | Business Brokerage & Finance | PER NOTICE OF INTENT TO SELL 1/17/14 AND CNR 2/11/14 | 1129-000 | $5,000.00 | | $10,000.00 |
| 03/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.59 | $9,989.41 |
| 04/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $15.59 | $9,973.82 |
| 05/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $16.09 | $9,957.73 |
| 06/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $15.55 | $9,942.18 |
| 07/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $16.04 | $9,926.14 |
| 08/29/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $16.01 | $9,910.13 |
| 09/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $15.47 | $9,894.66 |
| 10/30/2014 | (11) | XLC Inc. | PER 10/10/14 ORDER GRANTING TRUSTEE'S MOTION TO SELL DEBTOR'S INTERES IN LLC | 1129-000 | $5,500.00 | | $15,394.66 |
| 10/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $15.96 | $15,378.70 |
| 11/24/2014 | 1001 | COLLENE K. CORCORAN | ATTORNEY FOR THE TRUSTEE FEES - PER ORDER DATED 11/23/14 | 3110-000 | | $4,200.00 | $11,178.70 |
| 11/24/2014 | 1002 | COLLENE K. CORCORAN | ATTORNEY FOR THE TRUSTEE EXPENSES - PER ORDER DATED 11/23/14 | 3120-000 | | $76.98 | $11,101.72 |
| 11/28/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $22.06 | $11,079.66 |
| 12/16/2014 | 1003 | INSURANCE PARTNERS AGENCY, INC. | Bond Payment - 11/1/14 to 11/1/15 | 2300-000 | | $11.29 | $11,068.37 |
| 12/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $17.87 | $11,050.50 |
| 01/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $17.83 | $11,032.67 |
| 02/27/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $16.08 | $11,016.59 |
| 03/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $17.77 | $10,998.82 |
| 03/31/2015 | 1004 | STATE OF MICHIGAN | FEIN 61-6503325 - 2014 FORM MI-1041 | 2820-000 | | $489.00 | $10,509.82 |
| 04/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $16.56 | $10,493.26 |
| 05/15/2015 | 1005 | RICHARD A. PALLAS, P.C. | Accountant for the Trustee Fees - Per Order Dated 5/14/15 | 3410-000 | | $540.00 | $9,953.26 |
| 05/15/2015 | 1006 | RICHARD A. PALLAS, P.C. | Accountant for the Trustee Expenses - Per Order Dated 5/14/15 | 3420-000 | | $21.63 | $9,931.63 |
| 05/29/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $16.81 | $9,914.82 |
| | | | | SUBTOTALS | $15,500.00 | $5,585.18 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 13-32735-DSO | |
| **Case Name:** | D'ANGELO, THOMAS P | |
| **Primary Taxpayer ID #:** | **-***3325 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 8/8/2013 | |
| **For Period Ending:** | 6/23/2015 | |

| | |
|---|---|
| **Trustee Name:** | Collene K. Corcoran |
| **Bank Name:** | Bank of Texas |
| **Checking Acct #:** | ******1160 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $2,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $15,500.00 | $5,585.18 | $9,914.82 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $15,500.00 | $5,585.18 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $15,500.00 | $5,585.18 | |

**For the period of 8/8/2013 to 6/23/2015**

| | |
|---|---|
| Total Compensable Receipts: | $15,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $15,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,585.18 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,585.18 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 02/25/2014 to 6/23/2015**

| | |
|---|---|
| Total Compensable Receipts: | $15,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $15,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,585.18 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,585.18 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No. | 13-32735-DSO |
| Case Name: | D'ANGELO, THOMAS P |
| Primary Taxpayer ID #: | **-***3325 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 8/8/2013 |
| For Period Ending: | 6/23/2015 |

| | |
|---|---|
| Trustee Name: | Collene K. Corcoran |
| Bank Name: | Bank of Texas |
| Checking Acct #: | ******1160 |
| Account Title: | |
| Blanket bond (per case limit): | $2,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $15,500.00 | $5,585.18 | $9,914.82 |

| **For the period of 8/8/2013 to 6/23/2015** | | **For the entire history of the case between 08/08/2013 to 6/23/2015** | |
|---|---|---|---|
| Total Compensable Receipts: | $15,500.00 | Total Compensable Receipts: | $15,500.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $15,500.00 | Total Comp/Non Comp Receipts: | $15,500.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $5,585.18 | Total Compensable Disbursements: | $5,585.18 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,585.18 | Total Comp/Non Comp Disbursements: | $5,585.18 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ COLLENE K. CORCORAN

COLLENE K. CORCORAN

| Case No. | 13-32735-DSO | | | | | | | | Trustee Name: | Collene K. Corcoran |
|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | D'ANGELO, THOMAS P | | | | | | | | Date: | 6/23/2015 |
| Claims Bar Date: | 04/17/2014 | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | COLLENE K. CORCORAN  P.O. Box 535 Oxford MI 48371 | Trustee Compensation | Allowed | 2100-000 | $2,300.00 | $0.00 | $0.00 | $0.00 | $2,300.00 |
| | COLLENE K. CORCORAN  P.O. Box 535 Oxford MI 48371 | Trustee Expenses | Allowed | 2200-000 | $36.49 | $0.00 | $0.00 | $0.00 | $36.49 |
| | US BANKRUPTCY COURT  226 West Second Street Flint MI 48502 | Clerk of the Courts Costs (includes | Allowed | 2700-000 | $176.00 | $0.00 | $0.00 | $0.00 | $176.00 |

**Claim Notes:** 1 Motion to Sell Property Free and Clear of Liens

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 8 | MICHIGAN DEPARTMENT OF TREASURY  Bankruptcy Unit PO Box 30168 Lansing MI 48909 | Claims of Governmental Units - 507( | Allowed | 5800-000 | $17,781.91 | $0.00 | $0.00 | $0.00 | $17,781.91 |
| 1 | SOFO FOODS  253 Waggoner Blvd Toledo OH 43612 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $10,869.79 | $0.00 | $0.00 | $0.00 | $10,869.79 |
| 2 | CAPITAL ONE BANK (USA), N.A.  PO Box 71083 Charlotte NC 28272-1083 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $9,692.62 | $0.00 | $0.00 | $0.00 | $9,692.62 |
| 3 | CAPITAL ONE BANK (USA), N.A.  PO Box 71083 Charlotte NC 28272-1083 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $692.56 | $0.00 | $0.00 | $0.00 | $692.56 |
| 4 | MARCO'S FRANCHISING LLC  5252 Monroe Street Toledo OH 43623-3140 | General Unsecured 726(a)(2) | Withdrawn | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** Withdrawn per Order dated 6/11/15

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 5 | AMERICAN EXPRESS BANK FSB  c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $5,890.58 | $0.00 | $0.00 | $0.00 | $5,890.58 |

| Case No.: | 13-32735-DSO | | | | | | | | Trustee Name: Collene K. Corcoran |
| Case Name: | D'ANGELO, THOMAS P | | | | | | | | Date: 6/23/2015 |
| Claims Bar Date: | 04/17/2014 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 6 | CAPITAL RECOVERY V, LLC<br><br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $3,183.18 | $0.00 | $0.00 | $0.00 | $3,183.18 |
| 7 | CAPITAL RECOVERY V, LLC<br><br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $6,186.55 | $0.00 | $0.00 | $0.00 | $6,186.55 |
| 8a | MICHIGAN DEPARTMENT OF TREASURY<br>Bankruptcy Unit<br>PO Box 30168<br>Lansing MI 48909 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $1,321.52 | $0.00 | $0.00 | $0.00 | $1,321.52 |
| | | | | | $58,131.20 | $0.00 | $0.00 | $0.00 | $58,131.20 |

| Case No. | 13-32735-DSO | Trustee Name: Collene K. Corcoran |
| Case Name: | D'ANGELO, THOMAS P | Date: 6/23/2015 |
| Claims Bar Date: | 04/17/2014 | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Claims of Governmental Units - 507( | $17,781.91 | $17,781.91 | $0.00 | $0.00 | $0.00 | $17,781.91 |
| Clerk of the Courts Costs (includes | $176.00 | $176.00 | $0.00 | $0.00 | $0.00 | $176.00 |
| General Unsecured 726(a)(2) | $68,626.65 | $37,836.80 | $0.00 | $0.00 | $0.00 | $37,836.80 |
| Trustee Compensation | $2,300.00 | $2,300.00 | $0.00 | $0.00 | $0.00 | $2,300.00 |
| Trustee Expenses | $36.49 | $36.49 | $0.00 | $0.00 | $0.00 | $36.49 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 13-32735-DOF
Case Name: THOMAS P D'ANGELO
Trustee Name: Collene K. Corcoran

Balance on hand: $9,914.82

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $9,914.82

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
| --- | ---: | ---: | ---: |
| Collene K. Corcoran, Trustee Fees | $2,300.00 | $0.00 | $2,300.00 |
| Collene K. Corcoran, Trustee Expenses | $36.49 | $0.00 | $36.49 |
| COLLENE K. CORCORAN, | $4,200.00 | $4,200.00 | $0.00 |
| COLLENE K. CORCORAN, | $76.98 | $76.98 | $0.00 |
| RICHARD A. PALLAS, P.C., | $540.00 | $540.00 | $0.00 |
| RICHARD A. PALLAS, P.C., | $21.63 | $21.63 | $0.00 |
| US BANKRUPTCY COURT, Clerk of the Court Costs | $176.00 | $0.00 | $176.00 |

Total to be paid for chapter 7 administrative expenses: $2,512.49
Remaining balance: $7,402.33

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $7,402.33

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $17,781.91 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 8 | Michigan Department of Treasury | $17,781.91 | $0.00 | $7,402.33 |

|  |  |
|---:|---:|
| Total to be paid to priority claims: | $7,402.33 |
| Remaining balance: | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $37,836.80 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 1 | SOFO FOODS | $10,869.79 | $0.00 | $0.00 |
| 2 | Capital One Bank (USA), N.A. | $9,692.62 | $0.00 | $0.00 |
| 3 | Capital One Bank (USA), N.A. | $692.56 | $0.00 | $0.00 |
| 5 | American Express Bank FSB | $5,890.58 | $0.00 | $0.00 |
| 6 | Capital Recovery V, LLC | $3,183.18 | $0.00 | $0.00 |
| 7 | Capital Recovery V, LLC | $6,186.55 | $0.00 | $0.00 |
| 8a | Michigan Department of Treasury | $1,321.52 | $0.00 | $0.00 |

|  |  |
|---:|---:|
| Total to be paid to timely general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---:|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |